UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL DARREL MILAM, <br><br> Petitioner, <br><br> v. <br><br> DEPARTMENT OF CORRECTIONS, <br><br> Respondent. | CASE NO. C20-422-RSM <br><br> **ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |

Having reviewed the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to the R&R,[1] and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The motion for restraining order, Dkt. 13, is DENIED.

(3) The Clerk is directed to send copies of this Order to the parties.

Dated this 15th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] No objections or responses were filed.

ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING ORDER - 1